ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant
   Extended Stay America Somerset-Franklin

BY:   KERRI E. CHEWNING, ESQUIRE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBORAH LAUFER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXTENDED STAY AMERICA SOMERSET – FRANKLIN, A Maryland Corporation,<br><br>    Defendant. | Case No. 3:20-cv-09193(FLW)<br><br>Electronically Filed |

**NOTICE OF MOTION TO DISMISS**

Please take notice that on October 5, 2020, or as soon thereafter as counsel may be heard, Defendant, Extended Stay America Somerset-Franklin, shall move before the Court for an Order dismissing Plaintiff's Complaint. In support of said motion, Defendant shall rely upon the attached Memorandum of Law and Certification with attached exhibits of Kerri E. Chewning, Esquire. A proposed form of order and Certificate of Service are also enclosed.

                                                ARCHER & GREINER, P.C.
                                                Attorneys for Defendant
                                                    Extended Stay America

                                            By:  _____
                                                    KERRI E. CHEWNING, ESQUIRE

JEFFER MANGELS BUTLER &
MITCHELL LLP
MARTIN H. ORLICK, ESQ.
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: 415-398-8080

*Pro Hac Vice Motion to be filed*

219285986v1